JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL A. CHATMAN, Plaintiff, | CASE NO. CV 20-09874 DSF (PDx) |
| v. | JUDGMENT |
| CENTINELA MEDICAL CENTER, et al., Defendant. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to serve pursuant to Fed. R. Civ. P. 4(m),

IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: April 19, 2021

Dale S. Fischer
United States District Judge